OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 20, 2008

TO:

**Ushango Owens**
SBI# 240623
Howard R.Young Correctional Institution
P.O. Box 9561
Wilmington, DE 19809

**RE:   UNITED STATES MARSHAL 285 FORMS, C.A. No. 08-157**

Dear Mr. Owens:

    This is in response to your letter received 3/19/08 requesting United States Marshal's service of process forms (Form USM-285) to accompany the filing of a complaint in this Court. Please be advised that these forms are available at the institution where you are presently incarcerated.  The institutions generally provide the service forms to an inmate once a service order issues from the Court.  Consequently, the Clerk's Office does not provide United States Marshal 285 forms in response to individual requests.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/rwc

PETER T. DALLEO
CLERK

cc: Docket Sheet