Certified Mail Number:

Date: 4|4|08

Ushango:Owens-ALi                          08-134) 08 157
c/o general delivery
New Castle County
Wilmington [ZIP code exempt]
DELAWARE, USA



FOREIGN STATUS AFFIDAVIT ⊕scanned

DELAWARE STATE/REPUBLIC ⎫ Subscribed,
NEW CASTLE COUNTY       ⎬ Sworn and
                        ⎭ Sealed

## PREAMBLE

The following Affidavit of Foreign Status is a
public notice to all interested parties concerning the
the Affiant's "birthrights" and this status as an
"AMERICAN INHABITANT," as that status would
apply with respect to the American States (the 50
independent States of the Union) and also with respect

to the United States, as follows:

1. The Affiant, Ushango: Owens-Ali ex rel Ushango Owens, was natural born a free Moor Sovereign in Virginia, which is one of the sovereign States of the Union of several States joined together to comprise the confederation known as the United States of America. He is, therefore, a "nonresident' alien" individual with respect to the "United States," which entity obtains its exclusive legislative authority and jurisdiction from Article 1, Section 8, Clause 17 and Article 4, Section 3, Clause 2 of the Constitution for the United States of America. The Affiant's parents were Moor Sovereigns also, born in Sovereign States of the Union. As the progeny of Sovereign people, the Affiant was born "... one of the sovereign people." .... A constituent member of the sovereignty synonymous with the people. Scott v. Sanford, 19 How. 404. The Affiant is alien to

1

so-called 14th Amendment "United States" citizenship, and also nonresident to so-called 14th Amendment State residency, and therefore he is a "nonresident alien" with respect to both. As a Sovereign whose Citizenship originated in Virginia by birth and who has remained intact in Delaware since the year 1972, the Affiant is also a foreigner (alien) with respect to the other 49 States of the Union and with respect to the "United States." As a consequence of this birth, the Affiant is an "American Inhabitant." And Further,

2. The Affiant, to the best of his informed knowledge, has not entered into any valid agreements of "voluntary servitude." And further,

3. The Affiant is a "NONRESIDENT ALIEN" with respect to the "United States," as that term is defined and used within the Internal Revenue Code

(Title 26, United State Code) and/or Title 27 and the rules and regulations promulgated thereunder as follows:

The Internal Revenue Code (Title 26, United State Code) and associated federal regulations, clearly and thoroughly make provision for Americans born and living within one of the 50 Sovereign States of America, to wit:

Section 1.871-4 Proof of residence of aliens.

(a)    Rules of evidence. The following rules of evidence shall govern in determining whether or not an alien within the United States has acquired residence therein for purposes of the income tax.

(b)    Nonresidence presumed. An alien by reason of his alienage, is presumed to be a nonresident alien.

3                    [ 26 CFR 1.871-4 ]

And further,

4.   The Affiant was not born or naturalized in the "United States," consequently he is not a "citizen of "United States," nor a "United States citizen," as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder; and, therefore, he is not subject to the limited, exclusive territorial or political jurisdiction and authority of the "United States" as defined.

The "United States" is definitive and specific when it defines one of its citizens, as follows:

Section 1.1-1

(c)  Who is a citizen.  Every person born or naturalized in the United States and subject to its jurisdiction is a citizen.

4          [26 C.F.R 1.1-1(c)]

And further.

5.   The Affiant is not a "citizen" of the "United States" nor a "United States citizen living abroad," as those phrases are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulagted thereunder.   And Further,

6.  The Affiant is not a "resident alien residing within the geographical boundaries of the United States," as that phrase is defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

7.  The Affiant is not a "United States person," a "domestic corporation," "estate," "trust", "fiduciary" or "partnership" as those terms are defined and used

5

within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

8. The Affiant is not a "officer", "employee" or "elected official" of the "United States," of a "State" or of any political subdivision thereof, nor of the District of Columbia, nor of any agency or instrumentality of one or more of the foregoing, nor an "officer" of the/a "United States" "corporation", as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

9. The Affiant receives no "income" or "wages" with respect to employment " from any sources within the territorial jurisdiction of the "United States" and does not have an "office or other fixed place of

6

business within the United States from which the Affiant derives any "income" or "wages" as such, as those terms and phrases are used and defined within the Internal Revenue Code (26 U.S.C.) and /or Title 27 and the rules and regulations promulgated thereunder. And further,

10.  The Affiant has never engaged in the conduct of a "trade or business" within the "United States," nor does the Affiant receive any income or other remuneration effectively connected with the conduct of a "trade or business" within the "United States," as those terms are defined and used within the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

11.  The Affiant receives no "income", "wages", "self-employment income" or "other remunation" from

7

sources within the "United States", as those terms are defined and used in the Internal Revenue Code( 26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. All remuneration paid to the Affiant is services rendered outside (without) the exclusive territorial, political and legislative jurisdiction and authority of the "United States". And further,

12.   The Affiant has never had an "office" or "place" of business" within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further.

13.   The Affiant has never been a "United States employer" nor "employer", nor "employee" which also includes but is not limited to an "employee" and/or "employer" for a "United States" "household", and/or "agricultural" activity, as those terms are defined

and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder. And further,

14. The Affiant has never been involved in any "commerce" within the territorial jurisdiction of the "United States" which also includes but is not limited to "alcohol," "tobacco" and "firearms" and Title 26, Subtitle D and E excises and privileged occupations as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulated thereunder. And further,

15. The Affiant has never been a "United States" "witholding agent" as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated

9

and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations promulgated thereunder.   And further,

18.   The Affiant anticipates no liability for any type, class or kind of federal income tax in the current year, because the Affiant does not intend to reside in the "United States", he does not intend to be treated as either a "resident" or a "citizen" of the "United States", he is not and does not intend to be involved in the conduct of any "trade or business" within the "United States" or receive any "income" or "wages" from sources within the "United States", as those terms are defined and used in the Internal Revenue Code (26 U.S.C.) and/or Title 27 and the rules and regulations

11

promulgated thereunder. And further,

19. The Affiant, by means of knowingly intelligent acts done with sufficient awareness of the relevant circumstances and consequences (Brady v. U.S., 397 U.S. 792, 748 (1970)) never agreed or consented to be given a federal Social Security Number (SSN), same said as to a federal Employee Identification Number (EIN) and, therefore, waives and releases from liability the "United States" and any State of the Union of 50 States, for any present or future benefits that the Affiant may be entitled to claim under the Old-Age Survivors and the Disability Insurance Act, and/or the Federal Unemployment Tax Act. Additionally, your Affiant

12

makes no claim to any present or future benefits under any of the foregoing; and

20. Therefore, I, Ushango:Owens-ALi, am a natural born free inhabitant and, as such, a Moor Sovereign Citizen/ Principal inhabiting the Delaware Republic. Therefore, I am not "within the United States" but lawfully I am "without the United States" (per Title 28, U.S.C., Section 1746, Subsection 1), and therefore I have no standing capacity to sign any tax form which displays the perjury clause pursuant to Title 28, Section 1746, Section 2. And further,

PLEASE NOTE WELL: At no time will the Affiant construe any of the foregoing terms defined within the Internal Revenue Code, Title 26,

13

United State Code, or within any of the other
United State Code, in a metaphorical sense.
When terms are not words of art and are explicitly
defined within the Code and/or within a Statute,
the Affiant relies at all times upon the clear
language of the terms <u>as they are defined therein</u>,
NO MORE and NO LESS:

... When aid to construction of the meaning
of words, as used in the statute, is available,
there certainly can be no "rule of law" which
forbids its use, however clear the words may
appear on "superficial examination"....

<u>[United States v. American Trucking Association]</u>
[310 U.S. 534, 543, 544 (1939)]

14

This unsworn certification is being executed WITHOUT the "United States" pursuant to Section 1746 (1) of Title 28, United State Code, Federal Rules of Civil Procedure:

I affirm under penalty of perjury, under the laws of the United States of America, that I executed the foregoing for the purposes and considerations herein expressed, in the capacity stated, and that the statements contained herein are true and correct, to the best of my knowledge. (See U.S.C.A. 8 § 1408.)

Executed Anno Domini, on this the 4th day in the month of April , 2008.

Subscibed, sealed and affirmed to this 4th day of April , 2008.

Ushango:Owens-ALi, Citizen/Principal, by special
Appearance, in Proprio Persona, proceeding Sui Juris,
with Assistance, Special, with explicit reservation
of all of my unalienable rights and without prejudice
to any of my unalienable rights.

Ushango:Owens-ALi
c/o general delivery
Wilmington [ZIP code exempt]
DELAWARE. USA

DELAWARE  ALL-PURPOSE  ACKNOWLEDGEMENT

DELAWARE STATE/REPUBLIC }
COUNTY OF NEWCASTLE       }

On the 4th day of April, 2008 Anno Domini,
before me personally appeared Ushango:Owens-ALi,
personally known to me (or proved to me on the

16

basis of satisfactory evidence) to be the Person whose name is subscribed to the within instrument and acknowledge to me that he executed the same in His authorized capacity, and that by His signature on this instrument the Person, or the entity upon behalf of which the Person acted, executed the instrument. Purpose of Notary Public is for identification only, and <u>not</u> for entrance into any foreign jurisdiction.

WITNESS MY HAND AND OFFICIAL SEAL

Ushango: Owens- Ali, In Propria Persona, Sui Juris
NOTARY PUBLIC

Raddeerick Johnson ———— 4/1/08
comm exp/ 9/14/09

* * *

  

## *GREAT SEAL DIVINITAS FOR THE AL MOROCCAN EMPIRE*

c/o Osha Hudson    1208 Peal Street
Wilmington, Delaware Territory
Postal Zone near [1801] Non-Domestic

## DECLARATION OF INTENT AND CONSTRUCTIVE NOTICE OF EXPATRIATION FROM THE DE FACTO CORPORATE U.S. GOVERNMENT AND REPATRIATION INTO THE DE JURE ORGANIC UNITED STATES OF AMERICA

Time: 15:00
Day: 27 of February 2008, MC 1428

Clerk, Kent County, Delaware Sheriff
New Castle County, Delaware Secretary,
United States Department of State, Attorney
General,            Department of State

Status: Indigenous,
Truth A-1 Freehold by
Inheritance AA 222141

Secretary, United States Department of
Defense Treasurer, United States

To All Whose Presents May Come:

RA.HU.BAAT

I, Ushango:Khepera-Ptah:Ali do state and declare my intent to expatriate from the United States. United States as used in this document means the corporate United States, Washington D.C., The District of Columbia, or U.S. Government incorporated as a for profit commercial enterprise in the **Legislative Act of February 21, 1871, Forty-first Congress, Session III, Chapter 62, page 419.** I know and believe that I, Ushango: Khepera-Ptah:Ali , am not and was never a citizen of the United States because: **1)** I could never be. **Dred Scott vs. Sanford 1857 U.S. Supreme Court,"** No person of American descent could ever be a citizen of the United States." **2)** I never intended to be. I never knowingly and willingly entered into any contract or obligation with the United States any of its principals, agents, or assigns. I have never knowingly and willingly waived any of my rights of birth endowed to me by the Creator. To waive any of my God given rights would be in direct conflict with my spiritual and religious beliefs. To waive any or my God (Neteru) given rights would be an unconscionable agreement on my part.

1

**Unconscionable agreement-** An agreement that no promissory with any sense, and not under a delusion, would make, and that no honest and fair promisee would accept. **Black's Law Dictionary Abridged 7th Edition.**

Even knowing that I am not and was never a citizen of the United States, I still find the urgent need to kill any assumption that I am a United States citizen by renouncing United States citizenship, and declaring. my expatriation from the United States to further prevent the violation of my God (Neteru) given unalienable rights by the United States its principals, agents, and assigns. **Expatriation Act 1868** "The rights of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and pursuit of happiness," "any declaration, instruction, opinion, order, or decision of any officers of this government which denies, restricts, impairs or questions the rights of expatriation, is hereby declared inconsistent with fundamental principles of government." **15 Stat. 223-224 (1868), R.S. section 1999, 8 U.S.C section 800 (1940) I give my lawful NOTICE to the world, of my expatriation from the United States.**

I, Ushango:Khepera-Ptah:Ali, ex. Rel.   Ushango Owens   , announce my claim of divine birthrights a Sovereign Moor, and declare my repatriation into the united States of America formerly known as Atlan, Amexem and Al Moroc, which existed before the United States and is separate and foreign to the United States.

United States [federal government] foreign to the several states: **reference: Federal Civil Judicial Procedure, 1996 Edition, West Publishing, St. Paul, Minnesota, Title 28 U.S.C.A., section 3002, Definitions (15), page 1073, and In re Merriam, N.E. 505, 141N.Y. 479, affirmed 16 S. Ct. 1073, 163, 41 L..Ed. 287.**

## LEGAL NOTICE

This affiant declares that the situation necessitating this timely Declaration and Constructive Notice resulted from the deliberate fraud by all levels of de facto government, without which, I would not be in this position and demands the purging of all my government records. This legal notice is to no way imply my intent to act, or to arrange my life, in a manner that is in any way contrary to the actual offer of opportunity from the people of my nation, the United States of America, expressed in the United States Constitution and the Bill of Rights. If at any later date any document with my signature I found through logical assessment to suggest otherwise I here express my intent to amend or alter that document in whatever manner necessary to remove that suggestion. I further declare my intent to abide by any changes in the U.S. Constitution or the Bill of Rights, made by the American people through lawful process. Limited by that, I do solemnly swear that I will support and defend the Moroccan Treaty of Peace And Friendship of 1787 and the United States of America, Republic, Constitution against all enemies, foreign and domestic, within the bounds of my non-violent religious conviction.

**I give my lawful Notice to the world, of my repatriation into the dejure and organic United States of America/Atlan/Amexem/ Al Moroc and claim to my divine birthright as a Sovereign Nuwaubian Moor.**

2

The Holy Bible New King James Version. " Let my yea be yea, and nay be nay."

*Ushango: Khepera-Ptah:Ali ex rel. Ushango Owens*

I AM Ushango:Khepera-Ptah:Ali ex Rel.Ushango Owens

    Indigenous Free, Sovereign and Private Great Seal Moor*
    In Propria Persona, Sui Juris (Not Pro Se or Colorable)
    The United States Code of the Laws of a general and
    Permanent Character, In Force –Title 22, Chapter 2, Section 141. Droit.

### "Notice To Principal Is Notice To Agent Applies To This Document"

 **Moors:** The Indigenous People of the North, South and Central Al Morocs (Americas),
 including the adjoining islands. By special appearance before me on the 1st day of
 F e b r u a r, 2008 Ccy, 1423 Moorish Calender (MC)


    Further This Affiant saith not.

    Subscribed and affirmed to Nunc Pro Tunc on the date of my majority, which
    day was July,1989

    Subscribed, sealed and affrimed to this __1st__ day of April , 2008.


    I now affix my own signature to all of the above affirmation
RESERVATION OF MY RIGHTS AND WITHOUT PREJUDICE UCC 1-207 (ucca
1207)

                State Citizen and Principal, by special
Appearance, in Propria Persona, proceeding Sui Juris, with
Assistance, Special, with explicit reservation of all my
unalienable rights and without prejudice to any of my
unalienable rights

                        Ushango:Owens-Ali
                        c/o general delivery
                        [ZIP code exempt]
                        DELAWARE, USA

*Signed and sworn to (or affirmed)
before me this __4__ of Apr , 2008
           day      month      year*

*Signature of Notary Public, ST of DE*

3

Ushango: Ows 
% N.R.H.C.L.
P.O.Box 9861
Wilmington Territory
Delaware   Republic
; Near [19809]

Office of the Clerk
District Court United States
(CDSUS)

844  N. King St.. Lockbox 18
Wilmington    Territory
Delaware        Republic
Near [19801]

