IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| USHANGO OWENS-ALI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-157-JJF |
| UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, | ) ) ) |
| Defendants. | ) |

**FILED APR 25 2008 U.S. DISTRICT COURT DISTR...**

PD scanned

**AUTHORIZATION**

I, Ushango Owens, SBI #240623, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $18.87 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated _April 9,_, 2008.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: _April 15,_, 2008.

(without prejudice)
_Ushango: Owens-Ali_ IICC 1-207, 1-308,
Signature of Plaintiff                                   1-103.6
(under protest)

Principle: In special visitation
In Propria Persona: proceeding
Sui Juris



Ushango: Owens-Ali
c/o Corporate Domicile
H.R.Y.C.I.
P.O. Box 9561
Wilmington Territory
Delaware Republic
Postan Code: 197
Near [19809]

Office of the Clerk
District Court of the United States
(DCUS)
844 N. King St., Lockbox 18
Wilmington Territory
Delaware Republic [19801-3570]

LEGAL MAIL ONLY