Ushango: Owens-Ali
In Propria Persona (Not pro se)
In Special Visitation

CA 08-157 JJF

UNITED STATES OF AMERICA,
BANKRUPT LEGAL FICTION
A/K/A ALTER EGO OF THE
INTERNATIONAL MONETARY FUND

§
§
§
§
§
§
§
§

District Court of the
United States

Delaware District
Of Terrorism

V.

Ushango: Owens-Ali
LIBELEE & VICTIM OF FRAUD

§
§
§
§
§
§

Wilmington Division
Of Unregistered
Foreign Agents

RE: 1:07-cv-365-JJF
inquiry on [affidavit of Fact and Lawful Demand to Return Personal Property] filed by Ushango Owens (Misnomer) (dab)

STATE OF DELAWARE
NEW-CASTLE COUNTY

FILED
APR 29 2008
U.S DISTRICT COURT
DISTRICT OF DELAWARE

I, Ushango: Owens-Ali, am a Moor, sui juris, free born Moorish-American male, non-resident alien, Inhabitant of the Delaware State Republic, competent, over the age of majority, a student of, the Prophet Noble Drew Ali in the Divine laws of the Most High Allah, first and foremost and the laws of man when they are not in conflict (Leviticus 18:3,4). Pursuant to Matthew 5:33-37 and James 5:12, let my

yea be yea, and nay be nay, as supported by your Federal Public Law 97-280, 96 Stat. 1211. I have personal knowledge of the matters stated herein, and hereby asseverate understanding the liabilities presented in your <u>Briscoe v LaHue</u>, 460 US 325. And Further,

Whenever a law deprives the owner of the beneficial use and free enjoyment of his property, or imposes restraint upon such and enjoyment that materially affects its value, without legal process or compensation, it deprives him of his property within the meaning of the Constitution; and actual physical taking is not necessary so long as free use and enjoyment is affected. Kittinger v. Rossman, 12 Del. Ch. 276, 112 A. 388 (Ch. 1921). Aprile v. State, 51 Del. 215, 143 A.2d 739 (Super. Ct.), aff'd, 51 Del. 364, 146 A.2d 180 (Sup. Ct. 1958). And Further,

All Affidavits are TRUTH AFFIDAVITS for they are the manner for the Soverign to address another Soverign or government. The Constitution of Texas states that all cases of Common Law will be tried by Affidavits. Affidavits state only the facts provable by the maker. Affidavits are mainly in COMMERCE and deal with COMMERCIAL MATTERS. Affidavits entered in the County Records become

pg. 4

of the Petitioner. If I do not receive a written response from the court, the Prosecutor, the agent(s) representing the District or the STATE OF DELAWARE, sign, sealed and attested to Under Penalty of Perjury, within (30) days, from date of Notice of Electronic Filing on 2/26/2008 @ 3:56 PM est; it shall demonstrate that this case/account is Closed and Settled, with prejudice, in my favor, and the return of my property without further delay. With full reservation of all my natural substantive rights without prejudice under the State and Federal Constitutions Executed under title 28 U.S.C. 1746 (1), under the laws of the United States of America, without the "United States" (federal government).

## VERIFICATION

As the Undersigned, I hereby verify, under penalty of perjury, under the laws of the United States of America, without the "United States" (federal government), that the above statement of facts and laws is true and correct, according to the best of My current information, knowledge, and belief, may Allah bear witness, pursuant to 28 U.S.C. 1746(1)

_Roddery K Johnson_
April 25 / 2008 A.D.E
Witness/Notary

_Ushango: Owens-Ali_, Sui Juris
Ushango: Owens-Ali ex rel. Ushango Owens
Principle, In Special Visitation
In Propria Persona, proceeding
Sui Juris

UCC 1-207, 1-308, 1-103.6, All Rights Reserved, Without Prejudice

# CERTIFICATE OF MAILING

I certify that a true and correct copy of the foregoing document was sent by mail, postage prepaid, or hand delivered to the District Court of the United States (Delaware District, Wilmington Division) on this __24__ day of April, 2008 A.D., Moorish Calendar fourteen twenty eight.

Ushango: Owens-Ali, Sui Juris
Ushango: Owens-Ali
Principle, In Special Visitation
In Propria Persona,
proceeding, Sui Juris

Signed and sworn to (or affirmed)
before me this __25__ of __Apr__, __2008__
         day        month       year

Roderick Johnson
Signature of Notary Public, ST of DE

Ushanga Owens-Ali
c/o H.JR.Y.C.I
P.O. Box 9561
Wilmington Territory
DELAWARE, USA
Postan Code: 197
Near [19809]

Office of the Clerk
District Court of the United States
(DCUS)
844 N. King Street, Lockbox 18
Wilmington Territory [19801]
Delaware, USA

**LEGAL MAIL ONLY**



UNITED STATES POSTAGE
$00.410
APR 28 2008
MAILED FROM ZIP CODE 9802
0004515572