IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

USHANGO OWENS,                          :
                                        :
          Plaintiff,                    :
                                        :
     v.                                 : Civil Action No. 08-157-JJF
                                        :
UNITED STATES OF AMERICA,               :
BANKRUPT LEGAL FICTION                  :
a/k/a ALTER EGO OF THE                  :
INTERNATIONAL MONETARY FUND,            :
and INTERNAL REVENUE SERVICE,           :
                                        :
     Defendants.                        :

## ORDER

NOW THEREFORE, IT IS HEREBY ORDERED that Plaintiff's

Complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §

1915(e)(2)(B).


_____7-1-08_____                    _____
       DATE                           UNITED STATES DISTRICT JUDGE